IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GENE PHILLIPS,

    Petitioner,               No. CIV S-06-0415 DFL KJM P

    vs.

SUPERIOR COURT OF CALIFORNIA, et al.,

    Respondents.           ORDER

/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus under 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner.

        2. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

        3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

4. A status conference is set for June 21, 2006 at 10:00 a.m. in Courtroom #26.

5. Petitioner shall appear at the status conference by counsel.

6. At the status conference, counsel shall be prepared to discuss whether state court remedies have been exhausted as to petitioner's claims and shall advise the court whether petitioner's conviction has become final by the completion of direct review.

7. All outstanding motions and requests made by petitioner are denied without prejudice.

DATED: May 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
phil0415.110a