IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GENE PHILLIPS,

        Petitioner,                No. CIV S-06-0415 DFL KJM P

   vs.

SUPERIOR COURT OF
CALIFORNIA, et al.,

        Respondents.        <u>ORDER</u>
_____/

        On June 21, 2006, this cause came on for status conference.  Assistant Federal Defender David Porter appeared on behalf of petitioner.  Based on the conversation occurring at the status conference, the court's file, and good cause appearing, IT IS HEREBY ORDERED that on or before July 12, 2006, petitioner shall file a status report.  In the status report, petitioner shall indicate whether he has exhausted state court remedies with respect to the claims presented in petitioner's habeas application and how petitioner proposes to proceed in this matter.

DATED:  June 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
phil0415.oah