IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GENE PHILLIPS,

    Petitioner,                    No. CIV S-06-0415 DFL KJM P

    vs.

SUPERIOR COURT OF
CALIFORNIA, et al.,

    Respondents.              ORDER

        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus. On June 8, 2006, petitioner filed a document raising new claims. Because the court does not allow supplemental pleadings (Local Rule 15-220) petitioner's original habeas petition will be dismissed and petitioner will be granted leave to file an amended petition. Petitioner must include all of his claims in his amended petition.

        Also, petitioner has asked that the Federal Defender be relieved as counsel. Good cause appearing, petitioner's request will be granted.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's February 28, 2006 petition for writ of habeas corpus is dismissed.

        2. Petitioner is granted thirty days within which to file an amended petition. Petitioner must raise all claims in his amended petition. Petitioner's failure to file an amended

petition within thirty days will result in a recommendation that this action be dismissed without prejudice.

      3. The Clerk of the Court shall send petitioner the court's form application for writ of habeas corpus under 28 U.S.C. § 2254.

      4. The Federal Defender is relieved as counsel for petitioner.

DATED: September 20, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1 phil0415.am

2