IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GENE PHILLIPS,

    Petitioner,               No. CIV S-06-0415 DFL KJM P

    vs.

SUPERIOR COURT OF CALIFORNIA, et al.,

    Respondents.         ORDER
_____/

       Petitioner has requested an extension of time to file an amended petition pursuant to the court's order of September 21, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's October 20, 2006 application for an extension of time is granted; and

       2. Petitioner is granted thirty days from the date of this order in which to file an amended petition.

DATED: October 25, 2006

                                 U.S. MAGISTRATE JUDGE

/mp
phil0415.111