EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
CARLOS A. MARTINEZ
Supervising Deputy Attorney General
JAMIE A. SCHEIDEGGER, State Bar No. 221061
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5247
 Fax:  (916) 324-2960
 Email:  Jamie.Scheidegger@doj.ca.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD GENE PHILLIPS,**<br><br>                                  Petitioner,<br><br>        v.<br><br>**JOHN MARSHALL, et al.,**<br><br>                                  Respondents. | CIV S-06-0415 RRB KJM P<br><br>**ORDER GRANTING REQUEST FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Judge:     The Honorable<br>                Kimberly J. Mueller |

Respondent, having duly applied for an extension of time to file its responsive pleading to the petition for writ of habeas corpus, and good cause appearing,

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including July 24, 2007.

DATED: June 15, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1

06cv415.o.0615.wpd

SA2007301320

Order