IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GENE PHILLIPS,

    Petitioner,                    No. CIV-S-06-0415 RRB KJM P

    vs.

JOHN MARSHALL, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. In 2006, petitioner was convicted in the Superior Court of Sacramento County for possession of methamphetamine for sale. Respondents have filed a motion to dismiss in which respondents assert that the court should abstain from proceeding with this action because petitioner's direct appeal is still pending in state court. However, the docket for case number C052214 in the California Court of Appeal for the Third Appellate District indicates that petitioner's appeal has been denied as has his petition for review in the California Supreme Court. Petitioner's state court appeals have concluded. Therefore respondents' motion will be denied as moot.

        It appears that petitioner now has until February 26, 2008 to file a petition for writ of certiorari in the United States Supreme Court. Supreme Court Rule 13(1). Good cause

1

1  appearing, petitioner will be ordered to inform the court within twenty days whether he intends
2  to seek a writ of certiorari. Respondents need not take further action until notified by the court.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. Respondents' July 19, 2007 motion to dismiss is denied as moot; and
5          2. Petitioner shall inform the court within twenty days whether he intends to file
6  a petition for writ of certiorari in the United States Supreme Court concerning the conviction
7  challenged in this action.
8  DATED: December 5, 2007.

                                                U.S. MAGISTRATE JUDGE

11  1
phil0415.157