IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GENE PHILLIPS,

    Petitioner,                      No. CIV S-06-0415 DFL KJM P

    vs.

JOHN MARSHALL, et al.,

    Respondents.                ORDER AND

                            /        FINDINGS AND RECOMMENDATIONS

        Petitioner is proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Because it appears petitioner has now completed direct review with respect to the convictions and sentences at issue in this action, respondents will be directed to file a response to petitioner's application.

        Also, petitioner has filed a motion in which he requests that the court order respondents not to transfer him out-of-state. Petitioner asserts that if he is transferred out-of-state his ability to litigate this action will be compromised. However, petitioner has not shown he would be denied access to the courts under Lewis v. Casey, 518 U.S. 343 (1996) if he were transferred out-of-state. His motion will be denied.

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a response to petitioner's November 15, 2006 amended application within sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

2. Petitioner's reply, if any, shall be filed and served within thirty days of service of an answer;

3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's November 15, 2006 amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

IT IS HEREBY RECOMMENDED that petitioner's December 17, 2007 application for injunctive relief be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within ten days after service of the objections.  The parties are advised

/////
/////
/////
/////

that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

1
phil0415.res