IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD GENE PHILLIPS,** | CIV S-06-0415 JAM KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **JOHN MARSHALL, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before June 11, 2008 (this disposes of docket no. 67).

Dated: May 15, 2008.

_____
U.S. MAGISTRATE JUDGE

Order