IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GENE PHILLIPS,

    Plaintiff                     No. CIV S-06-0415 JAM KJM P

    vs.

JOHN MARSHALL, et al.,

    Respondents.

_____/

DONALD GENE PHILLIPS,

    Plaintiff,                    No. CIV S-07-1036 LKK EFB PS

    vs.

SACRAMENTO COUNTY, et al.,

    Defendants.

_____/

        The court has received the notice of related cases concerning the above-captioned cases filed July 30, 2007. See Local Rule 83-123. The court has, however, determined that it is

/////

/////

/////

1  inappropriate to relate and reassign S-07-1036 LKK EFB PS to the district court judge
2  and magistrate judge assigned to S-06-0415 JAM KJM and therefore the court declines to do so.
3      IT IS SO ORDERED.
4  DATED: August 28, 2008

6                                         /s/ John A. Mendez
                                          UNITED STATES DISTRICT JUDGE
7  phil0415.862