IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GENE PHILLIPS,

          Petitioner,              No. CIV S-06-0415 JAM KJM P

     vs.

JOHN MARSHALL, et al.,

          Respondents.         <u>ORDER</u>

_____/

          Petitioner is a California prisoner proceeding with an application for writ of habeas corpus under 28 U.S.C. § 2254.  He has filed a motion in which he asks that the court issue an order to California Department of Corrections and Rehabilitations' officials forbidding them from transferring petitioner out of state because transfer out of state is precluded by Federal Rule of Appellate Procedure 23(a).  However, that rule applies to the courts of appeals of the United States when they are reviewing a decision concerning an application for writ of habeas corpus.   The rule does not apply in this court.  Petitioner's motion is frivolous and will be denied.  Petitioner is cautioned that if he files frivolous motions in the future, he will be sanctioned, possibly with dismissal of this action.

/////

1

1         In accordance with the above, IT IS HEREBY ORDERED that petitioner's

2    August 18, 2008 "Application For Injunctive Relief Pursuant To Federal Rule Of Appellate

3    Procedure 23(a)" (docket #75) is denied.

4    DATED:  September 8, 2008.

5    _____

6    U.S. MAGISTRATE JUDGE

7    1
     phil0415.trs
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26