IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GENE PHILLIPS,

    Petitioner,        No. CIV S-06-0415 JAM KJM P

  vs.

JOHN MARSHALL, et al,

    Respondents.       <u>ORDER</u>

/

      Petitioner has filed a motion in which he asks that the court judicially notice what petitioner describes as "factual evidence." A court may declare something as an adjudicative fact by way of judicial notice if the proposed fact is not subject to reasonable dispute in that it is either generally known within the court's territorial jurisdiction or capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(a) & (b). None of the proposed facts identified satisfies the requirements for the taking of judicial notice. Therefore, petitioner's request (#85) is denied.

DATED: May 12, 2009.

                              U.S. MAGISTRATE JUDGE

1
phil0415.jn

1