IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD GENE PHILIPS,

    Petitioner,                    No. CIV-S-06-0415 JAM KJM P

    vs.

JOHN MARSHALL, et al.,

    Respondents.                  ORDER

_____/

        Petitioner has filed a request to proceed in forma pauperis on appeal.  Good cause appearing therefor, IT IS HEREBY ORDERED that plaintiff is granted in forma pauperis status on appeal.

DATED: July 14, 2009.

                                          U.S. MAGISTRATE JUDGE

1
phil0415.101b